

FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

5:24-cr-00248-SSS-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation<br>) Supervised Release) |
| MARCUS MARTIN Bowm | ) Conditions of Release)<br>) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• ALLEGATIONS OF ABSCONDING (TWICE)
• UNSTABLE RESIDENCY

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 3/18/26

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2